UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY RAY BAKER,

    Plaintiff,

  v.

TERRY FOSS, et al.,

    Defendants.

Case No. 20-cv-03857-WHA

**ORDER TO SHOW CAUSE**

Within seven days of the date this order is filed, defendants shall SHOW CAUSE why the court should not set the matter for trial and/or sanction defendants for failing to deliver the agreed-upon settlement funds to plaintiff after more than six months, as alleged in docket numbers 45 and 46.[1]

**IT IS SO ORDERED.**

Dated: January 31, 2023

_____
WILLIAM ALSUP
United States District Judge

---

[1] The latter document is sworn by plaintiff under penalty of perjury.